## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

JONES, ET AL.                                                                 CIVIL ACTION

VERSUS                                                                        20-351-SDD-RLB

CATERPILLAR, INC., ET AL.

### RULING

The Court, after carefully considering the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated August 18, 2020, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand*[3] is hereby DENIED.

Signed in Baton Rouge, Louisiana the 22nd day of September, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 26.
[2] Rec. Doc. 37.
[3] Rec. Doc. 26.